**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-2435**

TOBY ROBERTO MACKALL,

        Plaintiff - Appellant,

    v.

UNITED STATES DEPARTMENT OF DEFENSE; CLARK W. LEMASTERS, JR., Major General, U.S. Army, TACOM Commanding General; TIMOTHY D. LUEDECKING, Colonel, U.S. Army, Military Assistant, OUSD ATL; MYRON L. BELL, Lieutenant Colonel, U.S. Army; MATTHEW D. TOBIN, Major, U.S. Army, Detailed Inspector General,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:17-cv-00774-RDB)

Submitted:  April 26, 2018                    Decided:  May 8, 2018

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Toby Roberto Mackall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toby Roberto Mackall appeals the district court's order denying relief on his complaint asserting claims under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (2012), and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mackall v. Dep't of Defense*, No. 1:17-cv-00774-RDB (D. Md. Nov. 20, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*